1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JOSE LUIS SANTANA,                              No.  2:13-cv-2492 AC P

11                   Petitioner,

12        v.                                         ORDER

13   UNKNOWN,

14                   Respondent.

15

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his

18   application, petitioner challenges a conviction issued by the Kern County Superior Court.  Kern

19   County is part of the Fresno Division of the United States District Court for the Eastern District of

20   California.  See Local Rule 120(d).

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

24   will not rule on petitioner's request to proceed in forma pauperis.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

27        2.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Fresno; and

                                              1

1      3.  All future filings shall reference the new Fresno case number assigned and shall be

2 filed at:

3               United States District Court
Eastern District of California

4               2500 Tulare Street
Fresno, CA 93721

5 DATED: December 12, 2013

6

7 ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28